UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL TODD MASTERSON,       )
                              )
          Petitioner,         )  Case No.  CV 12-4919-ABC(AJW)
                              )
vs.                           )
                              )
TIM V. VIRGA, Warden,         )  JUDGMENT
                              )
          Respondent.         )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: June 12, 2012

_____
Audrey B. Collins
United States District Judge